**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ACEVEDO-AGUILAR, | No. 10-71949 |
| Petitioner, | Agency No. A095-122-927 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:     PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Carlos Acevedo-Aguilar, a native and citizen of El Salvador, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reconsider.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review

for abuse of discretion the denial of a motion to reconsider.  *Mohammed v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Gonzales,* 400 F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Acevedo-Aguilar's motion to reconsider where the motion did not establish any error of law or fact in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1). We reject Acevedo-Aguilar's contention that the BIA blindly relied on a State Department report because it is not supported by the record.

We lack jurisdiction to review any challenges Acevedo-Aguilar makes to the BIA's underlying order denying his application for asylum, withholding of removal, and relief under the Convention Against Torture, because this petition is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

10-71949